IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:                April 14, 2016

Courtroom Deputy:  Kathleen Finney
Court Reporter:    Tracy Weir
Probation Officer: Kyla Hamilton and Josh Roth

**Criminal Action No.  15-cr-00282-REB**

*Parties:*                                      *Counsel:*

UNITED STATES OF AMERICA,                       Jason St. Julien

    Plaintiff,
v.

EXZAVIOR RENALDO MCCULLEY,                      Matthew Golla

    Defendant.

**SENTENCING MINUTES**

**1:06 p.m.     Court in session.**

Appearances of counsel.

Defendant is present in custody.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the

presentence report and addendum with the defendant.

Also pending before the Court relevant to sentencing are the following papers: the defendant's **Objections to the Presentence Report** [#58] filed March 30, 2016; the **Defendant's Motion for Variant Sentence Pusurant** [sic] **to 18 U.S.C. § 3553** [#59] filed March 31, 2016; the **Defendant's Motion for Downward Departure from Advisory Guidelines** [#60] filed March 31, 2016; the **Joint Motion To Amend Plea Agreement** [#63] filed April 5, 2016; the **Government's Response to Defendant's Objections to the Presentence Report [ECF No. 58]** [#64] filed April 6, 2016; the **Government's Response to Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553** [#65] filed April 7, 2016; the **Government's Motion for One-Level Decrease in Defendant's Offense Level as Finally Calculated by the Court** [#66] filed April 7, 2016; and the **Government's Response to Defendant's Motion for Downward Departure from Advisory Guidelines [ECF No. 60]** [#67] filed April 7, 2016.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.  Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

>   **IT IS ORDERED** as follows:
>
>   1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;
>
>   2. That the pending motions are resolved as follows: the **Defendant's Motion for Variant Sentence Pusurant** [sic] **to 18 U.S.C. § 3553** [#59] is **DENIED**; the **Defendant's Motion for Downward Departure from Advisory Guidelines** [#60] is **GRANTED**; the **Joint Motion To Amend Plea Agreement** [#63] is **GRANTED**; the **Government's Motion for One-Level Decrease in Defendant's Offense Level as Finally Calculated by the Court** [#66] is **GRANTED**;
>
>   3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count One of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **twenty-one (21) months**;

5. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years**; provided furthermore, that within 72 hours of defendant's release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the U.S. probation department within the district to which he is released;

6. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

    - all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

    - all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

    - the following explicit or special conditions of supervised release:

        - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

        - that the defendant shall not possess or use illegally controlled substances, including marijuana;

        - that the defendant shall not possess or use any firearm, destructive device, or dangerous weapon as defined under federal law at 18 U.S.C. § 921;

        - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

        - that the defendant shall submit to one drug test within fifteen (15) days from defendant's release from imprisonment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

        - that the defendant shall comply with the other special and explicit conditions of supervised release proposed and

|    | recommended by the probation officer in the revised sentencing recommendation, document 61-1 on pages RR-3 and RR-4 in paragraphs 1 through 3; |
|----|---|
| 7. | That no fine is imposed; |
| 8. | That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00; |
| 9. | That pursuant to the plea agreement of the parties the defendant shall forfeit all right, title, and interest in and to the handgun made the focus of the prosecution, one high point model C9 9-millimeter handgun, serial number P1613261, and all associated ammunition; |
| 10. | That this court recommends that the Bureau of Prisons designate the defendant to a correctional institution in the State and District of Colorado, as proximate to Colorado Springs, El Paso County, as practicable; |
| 11. | That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585; and |
| 12. | That the defendant is remanded to the custody of the United States Marshal. |

The defendant is advised of the right to appeal the sentence imposed by the court.

**2:47 p.m.      Court in recess.**

Total time in court: 01:41

Hearing concluded.